

July 8, 2015

Via E-Filing
The Honorable Leonard P. Stark
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801-3568

Re:    **Greatbatch Ltd. v. AVX Corporation, et al.**
       **C.A. No. 13-cv-723-LPS**

Dear Chief Judge Stark:

Plaintiff, Greatbatch Ltd., respectfully requests that the Court strike AVX's letter of July 7, 2015 (D.I. 347). AVX failed to follow the Court's procedures that require a joint letter from the parties prior to filing a letter brief. AVX has not requested that Greatbatch join in a letter to the Court raising the number of asserted claims or combinations of references. Moreover, Greatbatch believes the parties will benefit by continuing their discussions to reduce the number of claims and prior art references that will, at a minimum, result in the narrowing of the issues for the Court's consideration.

Furthermore, AVX has improperly made reference to its offer of judgment in violation of Fed. R. Civ. P. 68(b). Therefore, Greatbatch respectfully requests that the Court strike AVX's letter and require AVX to follow the Court's procedures. Greatbatch intends to address the merits of AVX's request after it has followed the proper procedure but, of course, will do so immediately if ordered by the Court.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (via E-Filing)