IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREATBATCH LTD., <br><br> Plaintiff, <br><br> v. <br><br> AVX CORPORATION, <br> AVX FILTERS CORPORATION, <br><br> Defendants. | Civil Action No. 13-cv-723 (LPS) |

## NOTICE OF DEPOSITION OF PHILIP GREEN

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Greatbatch Ltd., by its attorneys, Harris Beach PLLC, will take the deposition, upon oral examination, of Philip Green, commencing on August 27, 2015 at 9:30 a.m., or at such other time mutually agreed upon by the parties.  The foregoing deposition shall take place before a notary public or other officer authorized to administer oaths, at the offices of Nutter McLennan & Fish LLP, Seaport West, 155 Seaport Blvd., Boston, Massachusetts 02210, and shall continue from day to day at the same time and place until completed.  Pursuant to Federal Rule of Civil Procedure 30 the deposition will be recorded by stenographic means and may also be recorded by audiovisual means.

Date:  August 25, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301

bfarnan@farnanlaw.com

James R. Muldoon (admitted *pro hac vice*)
HARRIS BEACH PLLC
333 West Washington Street, Suite 200
Syracuse, NY 13202
315-423-7100
315-422-9331

Neal L. Slifkin (admitted *pro hac vice*)
Laura W. Smalley (admitted *pro hac vice*)
Steven P. Nonkes (admitted *pro hac vice*)
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
585-419-8800
585-419-8801

*Attorneys for Plaintiff*