IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREATBATCH LTD., <br><br> Plaintiff, <br><br> v. <br><br> AVX CORPORATION and <br> AVX FILTERS CORPORATION, <br><br> Defendants. | C.A. No. 13-cv-723-LPS |

**GREATBATCH'S MOTION TO EXCLUDE OPINIONS
OF AVX'S EXPERT WITNESSES WILLIAM J. RISSMANN,
JOHN G. WEBSTER, AND PHILIP GREEN ON DESIGN
ALTERNATIVES, AND JEFFREY S. AROY ON PRICING**

Pursuant to the Court's Amended Scheduling Order (D.I. 79), the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, Plaintiff Greatbatch Ltd. hereby moves:

1) to exclude opinions of Defendants AVX Corporation and AVX Filters Corporation's expert witness William J. Rissman on the issue of design alternatives;

2) to exclude opinions of Defendants AVX Corporation and AVX Filters Corporation's expert witness John G. Webster on the issue of design alternatives;

3) to exclude opinions of Defendants AVX Corporation and AVX Filters Corporation's expert witness Philip Green on the issue of design alternatives; and

4) to exclude opinions of Defendants AVX Corporation and AVX Filters Corporation's expert witness Jeffrey S. Aroy on the issue of pricing.

This motion is based on the Memorandum of Law and the Declaration of James R. Muldoon with exhibits thereto, filed herewith.

Dated:  September 11, 2015

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile:   (302) 777-0301
bfarnan@farnanlaw.com

James R. Muldoon (admitted *pro hac vice*)
HARRIS BEACH PLLC
333 W. Washington St., Suite 200
Syracuse, NY 13202
Telephone: (315) 423-7100
Facsimile:   (315) 422-9331

Neal L. Slifkin (admitted *pro hac vice*)
Laura W. Smalley (admitted *pro hac vice*)
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8800
Facsimile:   (585) 419-8801

*Attorneys for Plaintiff Greatbatch, Ltd.*