# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREATBATCH, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-723-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| AVX CORPORATION and | ) | |
| AVX FILTERS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 11, 2018, true and correct copies of (1) the Supplemental Expert Report of Jeffrey Aroy, (2) the Expert Report of Randall Piersma, (3) the Expert Report of Lynn Seifried, (4) the Supplemental Expert Report of Philip Green, and (5) the Expert Report of Craig D. Hillman, Ph.D. were served on the following counsel in the manner indicated:

**VIA EMAIL**
Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
bfarnan@farnanlaw.com

**VIA EMAIL**
James R. Muldoon
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, NY 13202
jmuldoon@harrisbeach.com

**VIA EMAIL**
Neal L. Slifkin
Laura W. Smalley
Steven P. Nonkes
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
nslifkin@harrisbeach.com
lsmalley@harrisbeach.com
snonkes@harrisbeach.com

OF COUNSEL:

Ronald E. Cahill (*pro hac vice*)
Paul J. Cronin (*pro hac vice*)
James C. Hall (*pro hac vice*)
Heather B. Repicky (*pro hac vice*)
NUTTER, MCCLENNEN & FISH LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000

Tim F. Williams (*pro hac vice*)
DORITY & MANNING
Two Liberty Square
75 Beattie Place, Suite 1100
Greenville, SC 29601
(864) 271-1592

Dated:  September 11, 2018

/s/ Jason J. Rawnsley
Robert W. Whetzel (#2288)
Chad M. Shandler (#3796)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
shandler@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants AVX Corporation and AVX Filters Corporation*