IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREATBATCH LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVX CORPORATION,<br>AVX FILTERS CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 13-cv-723 (LPS) |

## NOTICE OF DEPOSITION OF PHILIP GREEN

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Greatbatch Ltd., by its attorneys, Harris Beach PLLC, will take the deposition, upon oral examination, of Philip Green, commencing on November 1, 2018 at 9:30 a.m., or at such other time mutually agreed upon by the parties. The foregoing deposition shall take place before a notary public or other officer authorized to administer oaths, at the offices of Nutter McLennen & Fish LLP, Seaport West, 155 Seaport Blvd., Boston, Massachusetts 02210, and shall continue from day to day at the same time and place until completed. Pursuant to Federal Rule of Civil Procedure 30 the deposition will be recorded by stenographic means and may also be recorded by audiovisual means.

Date: October 9, 2018

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301
bfarnan@farnanlaw.com

        James R. Muldoon (admitted *pro hac vice*)
        HARRIS BEACH PLLC
        333 West Washington Street, Suite 200
        Syracuse, NY 13202
        315-423-7100
        315-422-9331

        Neal L. Slifkin (admitted *pro hac vice*)
        Laura W. Smalley (admitted *pro hac vice*)
        Steven P. Nonkes (admitted *pro hac vice*)
        HARRIS BEACH PLLC
        99 Garnsey Road
        Pittsford, NY 14534
        585-419-8800
        585-419-8801

        *Attorneys for Plaintiff*