

October 22, 2018

<small>VIA E-FILING</small>
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

RE:  ***Greatbatch Ltd. v. AVX Corp., et al.*, C.A. No. 13-cv-723-LPS**

Dear Chief Judge Stark:

Pursuant to Your Honor's procedures regarding motions to strike, the parties respectfully request a teleconference to address the parties' respective Motions to Strike (D.I. 1146, 1147).

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc:    Counsel of Record (via E-Mail)